NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


TONY GILILEO,                                )
                                             )
        Appellant,                )
                                             )
v.                                           )          Case No. 2D17-2684
                                             )
STATE OF FLORIDA,                            )
                                             )
        Appellee.                 )
                                             )

Opinion filed January 23, 2019.

Appeal from the Circuit Court for Polk
County; Reinaldo Ojedo and William D.
Sites, Judges.

Howard L. Dimmig, II, Public Defender,
and Tim Bower Rodriguez, Special
Assistant Public Defender, Bartow, for
Appellant.

Ashley Brooke Moody, Attorney General,
Tallahassee, and Susan D. Dunlevy,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

        Affirmed.

KHOUZAM, BLACK, and BADALAMENTI, JJ., Concur.